UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:12-cv-07127<br>) |
| v. | ) Hon. Edmond E. Chang<br>) |
| NIKOLAI SIMON BATTOO; BC CAPITAL GROUP S.A.; BC CAPITAL GROUP INTERNATIONAL LIMITED a/k/a BC CAPITAL GROUP LIMITED a/k/a BC CAPITAL GROUP GLOBAL; BC CAPITAL MANAGEMENT LLP; AND BC CAPITAL GROUP HOLDINGS S.A., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION FOR AUTHORITY TO AUTHORIZE BRICK KANE, MEMBER OF THE RECEIVER, TO ACCEPT THE APPOINTMENT BY THE SUPREME COURT OF THE BAHAMAS AS JOINT LIQUIDATOR OVER RECEIVER ASSETS LOCATED IN THE BAHAMAS**

Robb Evans & Associates LLC, Court appointed receiver for BC Capital Group, Nikolai Simon Battoo and the other BC Capital entities[1] ("Receiver") moves this Court for the entry of an Order authorizing Brick Kane, a member of the Receiver to act as joint-liquidator with a partner of KPMG in the Bahamas. In support of its Motion, the Receiver states as follows:

1. The Receiver was appointed by this Court's Order on September 27, 2012. The Order provides broad powers to the Receiver, including the employment of counsel to assist in securing and liquidating the assets in the Receiver's estate. It also provides

---

[1] The other BC Capital entities are BC Capital Group S.A., BC Capital Group International Limited a/k/a BC Capital Group Limited a/k/a BC Capital Group Global, BC Capital Management LLP and BC Capital Group Holdings S.A.

that the Receiver is to take full and exclusive control of the Receivership Assets [Docket No. 22].

2. The Receiver has determined that among the Receivership Assets are certain bank accounts and other assets existing in the Bahamas (the "Bahamian Assets"). To assist the Receiver in securing and liquidating the Bahamian Assets, the Receiver employed John K. F. Delaney of Delaney Partners as local counsel in Nassau, Bahamas.

### *Prior Liquidation Procedures in the Bahamas*

3. Prior to the appointment of the Receiver, several shareholders of the BC Capital Entities appointed a voluntary liquidator, James Gomez over certain of the Bahamian Assets, including BC Capital Group S.A. and BC Capital Group International S.A.

4. On November 1, 2012, the voluntary liquidator, Mr. Gomez will seek an order from the Supreme Court of the Bahamas asking that the court supervise the liquidation and appoint Mr. Gomez the official liquidator over the Bahamian Assets.

5. Upon information and belief, several other claimants (the "Objecting Claimants"), have opposed the appointment of Mr. Gomez as the official liquidator of the Bahamian Assets, believing that Mr. Gomez, having been appointed by the shareholders as voluntary liquidator may appear not to be truly independent. The Objecting Claimants are seeking the appointment of a partner of KPMG in the Bahamas to become the official liquidator of the Bahamian Assets.

### *Motion for Recognition Order*

6. Mr. Delaney filed a motion seeking a recognition order on behalf of the Receiver on October 19, 2012 in the Supreme Court for the Bahamas.

7. Mr. Delaney has notified the local broker/dealer, Alliance Investment Management Ltd. And its bank, First Caribbean International Bank of the Receivership and the pending case in the Northern District of Illinois. Mr. Delaney has requested that no assets be transferred prior to the November 1, 2012 hearing.

### *Request for Authority to Allow Brick Kane to be Appointed Co-Liquidator in the Bahamas*

8. Mr. Delaney has advised the Receiver that he believes that the Supreme Court of the Bahamas may consider the appointment of the Receiver through its member, Brick Kane as a "joint official liquidator" of the Bahamian Assets at the hearing on November 1, 2012.

9. Such an order would have the advantage of allowing the Receiver, together with its joint official liquidator to take custody of the Bahamian Assets. The Receiver believes that the appointment of joint liquidators may avoid litigation in the Bahamas and would allow recognition of the competing jurisdiction of this Court and the Supreme Court of the Bahamas. A coordinated effort between the two jurisdictions will be of obvious benefit to claimants.

10. Upon information and belief, one or more groups of the Objecting Claimants will support the appointment of a member of the Receiver as a joint official liquidator by the Supreme Court of the Bahamas.

11. The Receiver is concerned that the estate be managed in an efficient manner, that litigation be avoided where possible so that substantially all of the assets will be preserved for the claimants of the Receiver's estate. The Receiver believes that the joint appointment will satisfy the concerns of the Bahamian court and ensure the swift and efficient protection of the assets believed to be located in the Bahamas.

WHEREFORE, Robb Evans & Associates LLC requests the entry of an Order authorizing its member, Brick Kane to accept an appoint as joint official liquidator in the event that the Supreme Court of the Bahamas makes such an appointment and for such other relief as this Court believes is just.

            ROBB EVANS & ASSOCIATES LLC,

            Receiver for Nikolai Simon Battoo, BC Capital Group S.A., BC Capital Group International Limited a/k/a BC Capital Group Limited a/k/a BC Capital Group Global, BC Capital Management LLP and BC Capital Group Holdings S.A.

            By: ___/s/ Deborah L. Thorne____
              One of its attorneys

Deborah L. Thorne
Barnes & Thornburg LLP
1 North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 357-1313