UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NIKOLAI SIMON BATTOO; BC CAPITAL GROUP S.A.; BC CAPITAL GROUP INTERNATIONAL LIMITED a/k/a BC CAPITAL GROUP LIMITED a/k/a BC CAPITAL GROUP GLOBAL; BC CAPITAL MANAGEMENT LLP; AND BC CAPITAL GROUP HOLDINGS S.A., <br><br> Defendants. | Case No. 1:12-cv-07127 <br><br> Hon. Edmond E. Chang |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff U.S. Commodity Futures Trading Commission ("Commission") hereby requests an entry of default against defendants Nikolai Simon Battoo, BC Capital Group S.A., BC Capital Group International Limited a/k/a BC Capital Group Limited a/k/a BC Capital Group Global, BC Capital Management LLP and BC Capital Group Holdings S.A. (collectively, "Defendants"). In support of this request, the Commission states the following:

1. On September 6, 2012, the Commission filed its Complaint against Defendants alleging violations of certain antifraud provisions of the Commodity Exchange Act, 7 U.S.C. §§1 *et seq.* (the "Act"). (Dkt. No. 1.)

2. On May 16, 2013, the Commission filed its motion to deem service effectuated ("Motion"). (Dkt. No. 144.)

1

3. On June 3, 2013, the Court granted the Motion and held that Defendants were properly served with the Commission's Complaint and Summonses on March 27, 2013. (Dkt. No. 147.) Therefore, Defendants' answers or responsive pleadings to the Complaint were due on April 17, 2013. (*Id.*)

4. As of the date of this filing, Defendants have failed to answer or otherwise defend as instructed by the Summonses and as provided by the Federal Rules of Civil Procedure.

WHEREFORE, the Commission respectfully requests an entry of default against Defendants in accordance with Fed. R. Civ. P. 55(a).


Date: June 10, 2013 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Amanda L. Harding

　　　　　　　　　　　　　　　　　　　　Amanda L. Harding (Illinois Bar No. 6299967)
　　　　　　　　　　　　　　　　　　　　U.S. Commodity Futures Trading Commission
　　　　　　　　　　　　　　　　　　　　Three Lafayette Centre
　　　　　　　　　　　　　　　　　　　　1155 21st Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20581
　　　　　　　　　　　　　　　　　　　　Tel: (202) 418-5968 (Harding)
　　　　　　　　　　　　　　　　　　　　Fax: (202) 418-5937
　　　　　　　　　　　　　　　　　　　　aharding@cftc.gov

　　　　　　　　　　　　　　　　　　　　Carlin Metzger (Illinois Bar No. 6275516)
　　　　　　　　　　　　　　　　　　　　U.S. Commodity Futures Trading Commission
　　　　　　　　　　　　　　　　　　　　Central Regional Office
　　　　　　　　　　　　　　　　　　　　525 W. Monroe Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60614
　　　　　　　　　　　　　　　　　　　　Tel: (312) 596-0536
　　　　　　　　　　　　　　　　　　　　cmetzger@cftc.gov

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing **REQUEST FOR CLERK'S ENTRY OF DEFAULT** was served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system as well as to Mr. Phillip L. Stern, Esq. and Mr. Nicola L. Zagarolo, Esq. via email on this 10th day of June, 2013.

                              */s/ Amanda L. Harding*
                              U.S. Commodity Futures Trading Commission
                              Three Lafayette Centre
                              1155 21st Street, NW
                              Washington, DC 20581
                              (202) 418-5968
                              aharding@cftc.gov

Case: 1:12-cv-07127 Document #: 150 Filed: 06/10/13 Page 3 of 3 PageID #:3567