UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>              Plaintiff,<br>v.<br><br>NIKOLAI SIMON BATTOO; BC CAPITAL GROUP S.A.; BC CAPITAL GROUP INTERNATIONAL LIMITED a/k/a BC CAPITAL GROUP LIMITED a/k/a BC CAPITAL GROUP GLOBAL; BC CAPITAL MANAGEMENT LLP; AND BC CAPITAL GROUP HOLDINGS S.A.,<br><br>              Defendants. | Case No. 1:12-cv-07127<br><br>Hon. Edmond E. Chang |

**RECEIVER'S STATUS CONCERNING PROCEEDINGS IN
THE ROYAL COURT OF GUERNSEY ORDINARY DIVISION**

Robb Evans & Associates LLC, Court appointed receiver ("Receiver") makes the following status report to this Court concerning the status of proceedings in the Royal Court of Guernsey, Ordinary Division ("Royal Court").

    1.    On March 18, 2013, EFG Private Bank (Channel Islands) Limited ("EFG") filed an interpleader action ("Interpleader") in the Royal Court. The Interpleader has been adjourned with a later date to be fixed by the Royal Court.

    2.    On May 29, 2013, the Receiver filed an action seeking recognition in the Royal Court ("Motion for Recognition"). The Motion for Recognition has been fully briefed and numerous affidavits in support of its Motion for Recognition have been submitted to the Royal Court by the Receiver. On October 4, 2013, the Royal Court considered the fully briefed Motion for Recognition.

3. The Royal Court has now taken the Motion for Recognition under advisement and will rule at a future date.

4. The BVI Joint Liquidators filed papers seeking standing on the Recognition Motion and the Royal Court dismissed the request.

                                      Respectfully submitted,

                                      ROBB EVANS & ASSOCIATES LLC, Receiver for Nikolai Simon Battoo, BC Capital Group S.A., BC Capital Group International Limited a/k/a BC Capital Group Limited a/k/a BC Capital Group Global, BC Capital Management LLP, and BC Capital Group Holdings S.A.

                                      By:   /s/ Deborah L. Thorne
                                                One of its attorneys

Deborah L. Thorne
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: 312-214-8307
Email: Deborah.thorne@btlaw.com