# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Civil Action No: 1:12-cv-7127**

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NIKOLAI SIMON BATTOO; BC CAPITAL GROUP S.A.; BC CAPITAL GROUP INTERNATIONAL LIMITED a/k/a BC CAPITAL GROUP LIMITED a/k/a BC CAPITAL GROUP GLOBAL; AND BC CAPITAL GROUP HOLDINGS S.A.,<br><br>Defendants. | Notice of Appeal |

## NOTICE OF APPEAL

Notice is hereby given that Hadley J. Chilton and John J. Greenwood, solely in their capacity as Joint Liquidators (the "BVI Liquidators") of Anchor Hedge Fund Limited, Galaxy Fund, Inc., FuturesOne Diversified Fund Limited, FuturesOne Innovative Fund SPC, Ltd., FuturesOne Class O Investments Ltd., and Phi R (Squared) Master Series Investment Ltd. (collectively, the "BVI Funds"),[1] pursuant to 28 U.S.C. § 1292(a), hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order dated September 4, 2014 (Docket No. 346 in Civil Action No: 1:12-cv-7127), which denied the BVI Liquidators' Motion to

---

[1] The BVI Liquidators are liquidators of numerous other companies organized under the laws of the British Virgin Islands. The BVI Liquidators file this notice of appeal solely on behalf of Anchor Hedge Fund Limited, Galaxy Fund, Inc., FuturesOne Diversified Fund Limited, FuturesOne Innovative Fund SPC, Ltd., FuturesOne Class O Investments Ltd., and Phi R (Squared) Master Series Investment Ltd.

Modify Preliminary Injunction (Docket No. 255 in Civil Action No: 1:12-cv-7127) (the "Motion to Modify").

Dated this 26th day of September 2014.

/s/ Eric H. Sussman

PAUL HASTINGS LLP

Eric H. Sussman
Emily L. Seymore
191 N. Wacker Drive, 30th Floor
Chicago, IL 60606
*Counsel of Record*

-AND-

ALSTON & BIRD LLP

William S. Sugden (admitted *pro hac vice*)
Suzanne N. Boyd (admitted *pro hac vice*)
1201 West Peachtree Street, NW
Atlanta, Georgia 30309

Alexander S. Lorenzo (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Civil Action No: 1:12-cv-7127**

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) NIKOLAI SIMON BATTOO; BC ) CAPITAL GROUP S.A.; BC CAPITAL ) GROUP INTERNATIONAL LIMITED ) a/k/a BC CAPITAL GROUP LIMITED ) a/k/a BC CAPITAL GROUP GLOBAL; ) AND BC CAPITAL GROUP HOLDINGS S.A., ) ) Defendants. ) ) | Notice of Appeal |

## CERTIFICATE OF SERVICE

I, Eric H. Sussman, an attorney, certify that on September 26, 2014, I caused a true and correct copy of the **BVI LIQUIDATORS' NOTICE OF APPEAL** to be filed through the Court's CM/ECF System, thereby serving the counsel of record in compliance with Local Rule 5.5 and the Court's General Order on Electronic Case Filing.

/s/ Eric H. Sussman
Eric H. Sussman