# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

Plaintiff(s),

v.

NIKOLAI SIMON BATTOO; BC CAPITAL
GROUP S.A.; BC CAPITAL GROUP
INTERNATIONAL LIMITED a/k/a BC
CAPITAL GROUP LIMITED a/k/a BC
CAPITAL GROUP GLOBAL; AND BC
CAPITAL GROUP HOLDINGS S.A.,

Defendant(s).

Case No. 12 C 07127
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Plaintiff and against Defendants Nikolai Simon Battoo, BC Capital Group S.A., BC Capital Group International Limited a/k/a BC Capital Group Limited a/k/a BC Capital Group Global, and BC Capital Group Holdings S.A. Defendants shall disgorge and pay restitution in the amount of $49 million, and pay a treble-damages penalty of $147,000,000.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.

☒ decided by Judge Edmond E. Chang on a motion for default judgment.

Date: 1/11/2016          Thomas G. Bruton, Clerk of Court

\s\Sandra Brooks , Deputy Clerk