UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) NIKOLAI SIMON BATTOO; BC CAPITAL GROUP S.A.; BC CAPITAL GROUP INTERNATIONAL LIMITED a/k/a BC CAPITAL GROUP LIMITED a/k/a BC CAPITAL GROUP GLOBAL; AND BC CAPITAL GROUP HOLDINGS S.A., ) ) ) ) ) ) ) ) ) Defendants. ) | Case No. 1:12-cv-07127 Hon. Edmond E. Chang |

**ORDER APPROVING SETTLEMENT AGREEMENT
BETWEEN RECEIVER AND BVI LIQUIDATORS**

This matter coming to the Court on the Receiver's Motion to Approve Settlement Agreement with the BVI Liquidators [Dkt. #583] (the "Motion"); the Court having reviewed the Motion; all parties in interest having due notice; and the Court being otherwise fully advised in the premises;

It is hereby ORDERED:

1. The Motion is granted;

2. The Court approves the Final Settlement Agreement as attached as Exhibit A to the Motion, and authorizes the Receiver to fully perform its obligations under such agreement without further order of the Court.

3. The Receiver and the BVI Liquidators shall submit a brief status report by November 6, 2017.

4. A status hearing in this matter shall be held on December 1, 2017, at 9:15 a.m.

DATED: September 21, 2017                ENTER:

                                                      s/Edmond E. Chang
                                     UNITED STATES DISTRICT COURT JUDGE