# EXHIBIT A

**ROBB EVANS & ASSOCIATES LLC**
**Receiver of BC Capital Group, et al.**
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to July 31, 2018

| | Previously Reported | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 | 1/1/18~ 7/31/18 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Fund Transferred In** | | | | | | | | | | |
|   Battoo IRA | 28,640.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28,640.93 |
|   Concord Capital SPC | 72,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72,000.00 |
|   Dream Link Enterprises Inc. | 2,500.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.84 |
|   FuturesOne F2 Investment Ltd. | 2,481.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,481.23 |
|   MSSB SEP IRA C F | 141,787.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141,787.45 |
|   Newedge USA, LLC | 8,812,871.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,812,871.06 |
|   New York Community Bank | 2,919.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,919.68 |
|   Parallax Offshore Investors | 60,588.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,588.61 |
|   Quantitative Global 3X Fund Ltd | 2,403,122.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,403,122.99 |
|   Quantitative Tactical Aggressiv | 3,250,909.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,250,909.68 |
|   Quantsoft Advisers LP | 1,290,564.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290,564.32 |
|   Quantum Blackstar/Brown Property | 280,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280,000.00 |
|   Quantum Blackstarltd SA Trust | 113,896.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 113,896.20 |
|   Reed Smith LLP IOLA | 10,981,901.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,981,901.91 |
|   Wells Fargo | 8,697.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,697.12 |
|   Whitebox Con Convert Arb Fund | 1,169,713.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,169,713.37 |
| **Total Fund Transferred In** | 28,622,595.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28,622,595.39 |
| **MF Global Claims** | | | | | | | | | | |
|   **Futuresone A Investments LMT** | | | | | | | | | | |
|     Claim 100002702 | 102,333.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,333.40 |
|     Claim 100002709 | 542,281.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 542,281.48 |
|   **Total Futuresone A Investments LMT** | 644,614.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 644,614.88 |
|   **Futuresone F1 Investments LTD** | | | | | | | | | | |
|     Claim 100002425 | 2,368.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,368.47 |
|   **Total Futuresone F1 Investments LTD** | 2,368.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,368.47 |
|   **Futuresone F4 Investments LTD** | | | | | | | | | | |
|     Claim 100002728 | 265,316.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 265,316.72 |
|   **Total Futuresone F4 Investments LTD** | 265,316.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 265,316.72 |
| **Total MF Global Claims** | 912,300.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 912,300.07 |
| **Fund Rec'd from SEC Settlement** | 389,825.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 389,825.64 |
| **Interest Income** | 125,029.80 | 2,383.92 | 2,436.28 | 2,782.40 | 2,964.04 | 3,189.36 | 3,403.66 | 3,302.68 | 20,462.34 | 145,492.14 |

**ROBB EVANS & ASSOCIATES LLC**
**Receiver of BC Capital Group, et al.**
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to July 31, 2018

|  | Previously Reported | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 | 1/1/18~ 7/31/18 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Jewelry Auction Proceeds** | 11,428.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,428.25 |
| **Legal Retainer Refund** | 857.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 857.50 |
| **Storage Unit Auction Proceeds** | 1,338.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,338.32 |
| **Total Funds Collected** | 30,063,374.97 | 2,383.92 | 2,436.28 | 2,782.40 | 2,964.04 | 3,189.36 | 3,403.66 | 3,302.68 | 20,462.34 | 30,083,837.31 |
| **Expenses** | | | | | | | | | | |
| **Claims Processing Expenses** | | | | | | | | | | |
| **Legal Notice Advertising** | 51,393.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,393.93 |
| **Postage & Delivery** | 11,378.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,378.78 |
| **Website Support** | 696.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 696.46 |
| **Total Claims Processing Expenses** | 63,469.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 63,469.17 |
| **Asset Recovery & Preservation** | | | | | | | | | | |
| **Foreign Legal Fees & Costs** | | | | | | | | | | |
| **Guernsey** | | | | | | | | | | |
| **Babbe** | | | | | | | | | | |
| **Legal Fees** | 1,542,527.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,542,527.78 |
| **Legal Costs** | 109,726.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109,726.04 |
| **Total Babbe** | 1,652,253.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,652,253.82 |
| **Krys Global** | | | | | | | | | | |
| **Fees** | 191,109.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 191,109.22 |
| **Total Krys Global** | 191,109.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 191,109.22 |
| **Total Guernsey** | 1,843,363.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,843,363.04 |
| **Cayman Island** | | | | | | | | | | |
| **Charles Adams Ritchie & Duckworth** | | | | | | | | | | |
| **Legal Fees** | 37,102.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37,102.71 |
| **Legal Costs** | 229.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 229.06 |
| **Total Charles Adams Ritchie & Du⋯** | 37,331.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37,331.77 |
| **Total Cayman Island** | 37,331.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37,331.77 |
| **Bahamas** | | | | | | | | | | |
| **Price Demers & Co.** | | | | | | | | | | |
| **Legal Fees** | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |

**ROBB EVANS & ASSOCIATES LLC**
**Receiver of BC Capital Group, et al.**
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to July 31, 2018

|  | Previously Reported | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 | 1/1/18~ 7/31/18 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Legal Costs | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| **Total Price Demers & Co.** | 745.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 745.00 |
| **Delaney Partners** | | | | | | | | | | |
| Legal Fees | 216,937.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 216,937.26 |
| Legal Costs | 9,087.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,087.28 |
| **Total Delaney Partners** | 226,024.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 226,024.54 |
| **Total Bahamas** | 226,769.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 226,769.54 |
| **Monaco** | | | | | | | | | | |
| **Donald Manasse** | | | | | | | | | | |
| Legal Fees | 42,511.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42,511.26 |
| Legal Costs | 9,625.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,625.56 |
| **Total Donald Manasse** | 52,136.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52,136.82 |
| **Maitre Geraldine Gazo** | | | | | | | | | | |
| Legal Fees | 5,026.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,026.72 |
| **Total Maitre Geraldine Gazo** | 5,026.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,026.72 |
| **Total Monaco** | 57,163.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,163.54 |
| **Harney WestWood & Riegels** | | | | | | | | | | |
| **Legal Fees** | | | | | | | | | | |
| Harneys (Asia) Limited | 190,936.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190,936.60 |
| Harney WestWood & Riegels | 237,105.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 237,105.00 |
| **Total Legal Fees** | 428,041.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 428,041.60 |
| Legal Costs | 69,582.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,582.58 |
| **Total Harney WestWood & Riegels** | 497,624.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 497,624.18 |
| **Deacons** | | | | | | | | | | |
| Legal Fees | 3,373.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,373.75 |
| Legal Costs | 44.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.52 |
| **Total Deacons** | 3,418.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,418.27 |

**ROBB EVANS & ASSOCIATES LLC**
**Receiver of BC Capital Group, et al.**
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to July 31, 2018

| | Previously Reported | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 | 1/1/18~ 7/31/18 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Panama** | | | | | | | | | | |
| **Patton, Moreno & Asvat** | | | | | | | | | | |
| Legal Fees | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| Total Patton, Moreno & Asvat | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| **Total Panama** | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| **United Kingdom** | | | | | | | | | | |
| **Stewarts Law LLP** | | | | | | | | | | |
| Legal Fees | 2,614.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,614.61 |
| Legal Costs | 23.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.27 |
| Total Stewarts Law LLP | 2,637.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,637.88 |
| **Total United Kingdom** | 2,637.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,637.88 |
| **Anguilla** | | | | | | | | | | |
| **Webster Dyrud Mithcell** | | | | | | | | | | |
| Legal Fees | 5,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,150.00 |
| Legal Costs | 974.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 974.77 |
| Total Webster Dyrud Mithcell | 6,124.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,124.77 |
| **Total Anguilla** | 6,124.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,124.77 |
| **Total Foreign Legal Fees & Costs** | 2,684,432.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,684,432.99 |
| **JOL Fees & Costs** | | | | | | | | | | |
| **Delaney Partners** | | | | | | | | | | |
| Legal Fees | 509,677.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 509,677.78 |
| Legal Costs | 12,378.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,378.56 |
| Total Delaney Partners | 522,056.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 522,056.34 |
| **Pricewaterhouse Coopers** | | | | | | | | | | |
| JOL Fees | 554,506.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 554,506.12 |
| JOL Staff | 302,108.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 302,108.63 |
| JOL Costs | 106,391.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,391.85 |
| Total Pricewaterhouse Coopers | 963,006.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 963,006.60 |

**ROBB EVANS & ASSOCIATES LLC**
**Receiver of BC Capital Group, et al.**
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to July 31, 2018

| | Previously Reported | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 | 1/1/18~ 7/31/18 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total JOL Fees & Costs** | 1,485,062.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,485,062.94 |
| **BVI Judgment Costs** | 13,915.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,915.50 |
| **Total Asset Recovery & Preservation** | 4,183,411.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,183,411.43 |
| **Receiver Fees & Expenses** | | | | | | | | | | |
| **Receiver Fees** | | | | | | | | | | |
| R. Evans | 4,975.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,975.20 |
| B. Kane | 288,264.15 | 452.25 | 301.50 | 180.90 | 241.20 | 1,025.10 | 1,809.00 | 572.85 | 4,582.80 | 292,846.95 |
| K. Johnson | 141,885.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141,885.90 |
| V. Miller | 30,361.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,361.05 |
| A. Jen | 87,947.55 | 30.15 | 30.15 | 0.00 | 0.00 | 0.00 | 934.65 | 452.25 | 1,447.20 | 89,394.75 |
| M. Lin | 629,501.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 629,501.85 |
| L. Lee | 341,629.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 341,629.65 |
| T. Chung | 568,086.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 568,086.30 |
| F. Jen | 562,538.70 | 1,507.50 | 2,261.25 | 2,984.85 | 2,291.40 | 180.90 | 2,803.95 | 5,668.20 | 17,698.05 | 580,236.75 |
| C. Callahan | 427.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 427.50 |
| C. DeCius | 19,701.00 | 180.00 | 414.00 | 27.00 | 0.00 | 99.00 | 0.00 | 198.00 | 918.00 | 20,619.00 |
| W. Wu | 2,387.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,387.50 |
| N. Wolf | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| I. Perez | 899.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 899.20 |
| M. Chen | 1,359.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359.00 |
| **Total Receiver Fees** | 2,680,264.55 | 2,169.90 | 3,006.90 | 3,192.75 | 2,532.60 | 1,305.00 | 5,547.60 | 6,891.30 | 24,646.05 | 2,704,910.60 |
| **Receiver Expenses** | | | | | | | | | | |
| Appraisal Services | 577.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 577.50 |
| Bank Fees | 694.00 | 0.00 | 7.00 | 0.00 | (7.00) | 7.00 | 7.00 | (14.00) | 0.00 | 694.00 |
| Court/Document Filing Fees | 325.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.29 |
| Database Consulting Services | 10,135.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,135.25 |
| Investigative Search Costs | 5,016.31 | 0.00 | 0.00 | 21.21 | 0.00 | 0.00 | 0.00 | 0.00 | 21.21 | 5,037.52 |
| Occupancy | 0.00 | 0.00 | 70.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.87 | 70.87 |
| Office Telephone & Supplies | 2,379.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,379.76 |
| Postage & Delivery | 3,372.98 | 0.00 | 2.36 | 0.47 | 0.00 | 0.00 | 0.94 | 51.66 | 55.43 | 3,428.41 |
| Subpoena & Document Reproduction | 2,250.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,250.10 |
| Tax Return Preparation | 18,239.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,239.47 |
| Travel Expenses | 35,240.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,240.78 |

**ROBB EVANS & ASSOCIATES LLC**
**Receiver of BC Capital Group, et al.**
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to July 31, 2018

|  | Previously Reported | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 | 1/1/18~ 7/31/18 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Website Support | 4,577.94 | 26.62 | 0.00 | 0.00 | 0.00 | 17.74 | 44.36 | 0.00 | 88.72 | 4,666.66 |
| **Total Receiver Expenses** | 82,809.38 | 26.62 | 80.23 | 21.68 | (7.00) | 24.74 | 52.30 | 37.66 | 236.23 | 83,045.61 |
| **Total Receiver Fees & Expenses** | 2,763,073.93 | 2,196.52 | 3,087.13 | 3,214.43 | 2,525.60 | 1,329.74 | 5,599.90 | 6,928.96 | 24,882.28 | 2,787,956.21 |
| **Legal Fees & Expenses** | | | | | | | | | | |
| Barnes & Thornburg LLP | | | | | | | | | | |
| Legal Fees | 653,290.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 653,290.00 |
| Legal Costs | 12,144.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,144.45 |
| Total Barnes & Thornburg LLP | 665,434.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 665,434.45 |
| Hiltz & Zanzig | | | | | | | | | | |
| Legal Fees | 189,523.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,287.80 | 11,287.80 | 200,811.06 |
| Legal Costs | 426.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.30 | 177.30 | 603.72 |
| Total Hiltz & Zanzig | 189,949.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,465.10 | 11,465.10 | 201,414.78 |
| McKenna Long & Aldridge LLP | | | | | | | | | | |
| Legal Fees | 2,135.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,135.70 |
| Legal Costs | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 260.00 |
| Total McKenna Long & Aldridge LLP | 2,395.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,395.70 |
| **Total Legal Fees & Expenses** | 857,779.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,465.10 | 11,465.10 | 869,244.93 |
| **Total Expenses** | 7,867,734.36 | 2,196.52 | 3,087.13 | 3,214.43 | 2,525.60 | 1,329.74 | 5,599.90 | 18,394.06 | 36,347.38 | 7,904,081.74 |
| **Fund Balance** | 22,195,640.61 | | | | | | | | | 22,179,755.57 |