# EXHIBIT A

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.

**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | Previously Reported | Jan 31, 18 | Feb 28, 18 | Mar 31, 18 | Apr 30, 18 | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---|---|---|---|---|---|---|---|---|
| **Fund Transferred In** | | | | | | | | | |
| BC Capital Group Limited | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Battoo IRA | 28,640.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Concord Capital SPC | 72,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dream Link Enterprises Inc. | 2,500.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FuturesOne F2 Investment Ltd. | 2,481.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MSSB SEP IRA C F | 141,787.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Newedge USA, LLC | 8,812,871.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| New York Community Bank | 2,919.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parallax Offshore Investors | 60,588.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantitative Global 3X Fund Ltd | 2,403,122.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantitative Tactical Aggressiv | 3,250,909.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantsoft Advisers LP | 1,290,564.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum Blackstar/Brown Propert | 280,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum Blackstarltd SA Trust | 113,896.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Reed Smith LLP IOLA | 10,981,901.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo | 8,697.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Whitebox Con Convert Arb Fund | 1,169,713.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fund Transferred In** | 28,622,595.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **MF Global Claims** | | | | | | | | | |
| Futuresone A Investments LMT | | | | | | | | | |
| Claim 100002702 | 102,333.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Claim 100002709 | 542,281.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Futuresone A Investments LMT | 644,614.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Futuresone F1 Investments LTD | | | | | | | | | |
| Claim 100002425 | 2,368.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Futuresone F1 Investments LTD | 2,368.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Futuresone F4 Investments LTD | | | | | | | | | |
| Claim 100002728 | 265,316.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Futuresone F4 Investments LTD | 265,316.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total MF Global Claims** | 912,300.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Fund Rec'd from SEC Settlement** | 389,825.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Interest Income** | 125,029.80 | 2,383.92 | 2,436.28 | 2,782.40 | 2,964.04 | 3,189.36 | 3,403.66 | 3,302.68 | 2,008.43 |
| **Jewelry Auction Proceeds** | 11,428.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Legal Retainer Refund** | 857.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.

**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | Previously Reported | Jan 31, 18 | Feb 28, 18 | Mar 31, 18 | Apr 30, 18 | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---|---|---|---|---|---|---|---|---|
| **Storage Unit Auction Proceeds** | 1,338.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Miscellaneous income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Funds Collected** | 30,063,374.97 | 2,383.92 | 2,436.28 | 2,782.40 | 2,964.04 | 3,189.36 | 3,403.66 | 3,302.68 | 2,008.43 |
| **Expenses** | | | | | | | | | |
| **Distributions** | | | | | | | | | |
| Cashier's Check | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Domesic Wires | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| International Wire | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Distributions** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Claims Processing Expenses** | | | | | | | | | |
| Legal Notice Advertising | 51,393.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maven Liquidators | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage & Delivery | 11,378.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Support | 696.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Claims Processing Expenses** | 63,469.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Asset Recovery & Preservation** | | | | | | | | | |
| **Foreign Legal Fees & Costs** | | | | | | | | | |
| **Guernsey** | | | | | | | | | |
| **Babbe** | | | | | | | | | |
| Legal Fees | 1,542,527.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 109,726.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Babbe** | 1,652,253.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Krys Global** | | | | | | | | | |
| Fees | 191,109.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Krys Global** | 191,109.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Guernsey** | 1,843,363.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cayman Island** | | | | | | | | | |
| **Charles Adams Ritchie & Duckwor** | | | | | | | | | |
| Legal Fees | 37,102.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 229.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Charles Adams Ritchie & Duckwor** | 37,331.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cayman Island** | 37,331.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

| | Previously Reported | Jan 31, 18 | Feb 28, 18 | Mar 31, 18 | Apr 30, 18 | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---|---|---|---|---|---|---|---|---|
| **Bahamas** | | | | | | | | | |
|   **Price Demers & Co.** | | | | | | | | | |
|     Legal Fees | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Legal Costs | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Price Demers & Co.** | 745.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Delaney Partners** | | | | | | | | | |
|     Legal Fees | 216,937.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Legal Costs | 9,087.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Delaney Partners** | 226,024.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Bahamas** | 226,769.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Monaco** | | | | | | | | | |
|   **Donald Manasse** | | | | | | | | | |
|     Legal Fees | 42,511.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Legal Costs | 9,625.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Donald Manasse** | 52,136.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Maitre Geraldine Gazo** | | | | | | | | | |
|     Legal Fees | 5,026.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Maitre Geraldine Gazo** | 5,026.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Monaco** | 57,163.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Harney WestWood & Riegels** | | | | | | | | | |
|   Legal Fees | 428,041.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Legal Costs | 69,582.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Harney WestWood & Riegels** | 497,624.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Deacons** | | | | | | | | | |
|   Legal Fees | 3,373.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Legal Costs | 44.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Deacons** | 3,418.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Panama** | | | | | | | | | |
|   **Patton, Moreno & Asvat** | | | | | | | | | |
|     Legal Fees | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Patton, Moreno & Asvat** | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Panama** | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
**Receiver of BC Capital Group, et al.**
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | Previously Reported | Jan 31, 18 | Feb 28, 18 | Mar 31, 18 | Apr 30, 18 | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **United Kindom** | | | | | | | | | |
| **Stewarts Law LLP** | | | | | | | | | |
| Legal Fees | 2,614.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 23.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Stewarts Law LLP** | 2,637.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total United Kindom** | 2,637.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Anguilla** | | | | | | | | | |
| **Webster Dyrud Mithcell** | | | | | | | | | |
| Legal Fees | 5,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 974.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Webster Dyrud Mithcell** | 6,124.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Anguilla** | 6,124.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Foreign Legal Fees & Costs** | 2,684,432.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **JOL Fees & Costs** | | | | | | | | | |
| **Delaney Partners** | | | | | | | | | |
| Legal Fees | 509,677.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 12,378.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Delaney Partners** | 522,056.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Pricewaterhouse Coopers** | | | | | | | | | |
| JOL Fees | 554,506.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JOL Staff | 302,108.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JOL Costs | 106,391.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Pricewaterhouse Coopers** | 963,006.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total JOL Fees & Costs** | 1,485,062.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **BVI Judgment Costs** | 13,915.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Asset Recovery & Preservation** | 4,183,411.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Receiver Fees & Expenses** | | | | | | | | | |
| **Receiver Fees** | | | | | | | | | |
| R. Evans | 4,975.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B. Kane | 288,264.15 | 452.25 | 301.50 | 180.90 | 241.20 | 1,025.10 | 1,809.00 | 572.85 | 271.35 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | Previously Reported | Jan 31, 18 | Feb 28, 18 | Mar 31, 18 | Apr 30, 18 | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| K. Johnson | 141,885.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| V. Miller | 30,361.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A. Jen | 87,947.55 | 30.15 | 30.15 | 0.00 | 0.00 | 0.00 | 934.65 | 452.25 | 180.90 |
| M. Lin | 629,501.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L. Lee | 341,629.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T. Chung | 568,086.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F. Jen | 562,538.70 | 1,507.50 | 2,261.25 | 2,984.85 | 2,291.40 | 180.90 | 2,803.95 | 5,668.20 | 3,195.90 |
| C. Callahan | 427.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C. DeCius | 19,701.00 | 180.00 | 414.00 | 27.00 | 0.00 | 99.00 | 0.00 | 198.00 | 0.00 |
| H. Jen | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| W. Wu | 2,387.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N. Wolf | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| I. Perez | 899.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M. Chen | 1,359.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Receiver Fees** | 2,680,264.55 | 2,169.90 | 3,006.90 | 3,192.75 | 2,532.60 | 1,305.00 | 5,547.60 | 6,891.30 | 3,648.15 |
| **Receiver Expenses** | | | | | | | | | |
| Appraisal Services | 577.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Fees | 694.00 | 0.00 | 7.00 | 0.00 | (7.00) | 7.00 | 7.00 | 1.00 | 7.00 |
| Court/Document Filing Fees | 325.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Database Consulting Services | 10,135.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Document Destruction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investigative Search Costs | 5,016.31 | 0.00 | 0.00 | 21.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Occupancy | 0.00 | 0.00 | 70.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Telephone & Supplies | 2,379.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage & Delivery | 3,372.98 | 0.00 | 2.36 | 0.47 | 0.00 | 0.00 | 0.94 | 51.66 | 0.00 |
| Subpoena & Document Reproductio | 2,250.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Return Preparation | 18,239.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Expenses | 35,240.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Support | 4,577.94 | 26.62 | 31.05 | 0.00 | 0.00 | 17.74 | 44.36 | 0.00 | 22.18 |
| **Total Receiver Expenses** | 82,809.38 | 26.62 | 111.28 | 21.68 | (7.00) | 24.74 | 52.30 | 52.66 | 29.18 |
| **Total Receiver Fees & Expenses** | 2,763,073.93 | 2,196.52 | 3,118.18 | 3,214.43 | 2,525.60 | 1,329.74 | 5,599.90 | 6,943.96 | 3,677.33 |
| **Legal Fees & Expenses** | | | | | | | | | |
| **Barnes & Thornburg LLP** | | | | | | | | | |
| Legal Fees | 653,290.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 12,144.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Barnes & Thornburg LLP** | 665,434.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.

**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | Previously Reported | Jan 31, 18 | Feb 28, 18 | Mar 31, 18 | Apr 30, 18 | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---|---|---|---|---|---|---|---|---|
| **Hiltz & Zanzig** | | | | | | | | | |
| Legal Fees | 189,523.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,287.80 | 0.00 |
| Legal Costs | 426.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.30 | 0.00 |
| **Total Hiltz & Zanzig** | 189,949.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,465.10 | 0.00 |
| **McKenna Long & Aldridge LLP** | | | | | | | | | |
| Legal Fees | 2,135.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total McKenna Long & Aldridge LLP** | 2,395.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Legal Fees & Expenses** | 857,779.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,465.10 | 0.00 |
| **Total Expenses** | 7,867,734.36 | 2,196.52 | 3,118.18 | 3,214.43 | 2,525.60 | 1,329.74 | 5,599.90 | 18,409.06 | 3,677.33 |
| **Settlement Payment to BVI** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,000,000.00 |
| **Fund Balance** | 22,195,640.61 | | | | | | | | |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.

**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | Sep 30, 18 | Oct 31, 18 | Nov 30, 18 | Dec 31, 18 | Jan 31, 19 | Feb 28, 19 | Mar 31, 19 | Apr 30, 19 |
|---|---|---|---|---|---|---|---|---|
| **Fund Transferred In** | | | | | | | | |
| BC Capital Group Limited | 12,342.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Battoo IRA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Concord Capital SPC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dream Link Enterprises Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FuturesOne F2 Investment Ltd. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MSSB SEP IRA C F | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Newedge USA, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| New York Community Bank | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parallax Offshore Investors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantitative Global 3X Fund Ltd | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantitative Tactical Aggressiv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantsoft Advisers LP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum Blackstar/Brown Propert | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum Blackstarltd SA Trust | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Reed Smith LLP IOLA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,409.54 | 0.00 | 0.00 |
| Wells Fargo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Whitebox Con Convert Arb Fund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Fund Transferred In** | 12,342.11 | 0.00 | 0.00 | 0.00 | 0.00 | 44,409.54 | 0.00 | 0.00 |
| **MF Global Claims** | | | | | | | | |
| Futuresone A Investments LMT | | | | | | | | |
| Claim 100002702 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Claim 100002709 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Futuresone A Investments LMT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Futuresone F1 Investments LTD | | | | | | | | |
| Claim 100002425 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Futuresone F1 Investments LTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Futuresone F4 Investments LTD | | | | | | | | |
| Claim 100002728 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Futuresone F4 Investments LTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total MF Global Claims** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Fund Rec'd from SEC Settlement** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Interest Income** | 1,866.72 | 2,390.18 | 2,193.97 | 2,267.52 | 2,267.97 | 781.77 | 271.32 | 21.28 |
| **Jewelry Auction Proceeds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Legal Retainer Refund** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

| | Sep 30, 18 | Oct 31, 18 | Nov 30, 18 | Dec 31, 18 | Jan 31, 19 | Feb 28, 19 | Mar 31, 19 | Apr 30, 19 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Storage Unit Auction Proceeds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Miscellaneous income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Funds Collected** | 14,208.83 | 2,390.18 | 2,193.97 | 2,267.52 | 2,267.97 | 45,191.31 | 271.32 | 21.28 |
| **Expenses** | | | | | | | | |
| **Distributions** | | | | | | | | |
|     **Cashier's Check** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,408,093.16 | 63,660.24 | 0.00 |
|     **Domesic Wires** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,185,675.01 | 105,950.72 | 0.00 |
|     **International Wire** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,814,310.21 | 26,055.57 | 12,946.13 |
| **Total Distributions** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,408,078.38 | 195,666.53 | 12,946.13 |
| **Claims Processing Expenses** | | | | | | | | |
|     **Legal Notice Advertising** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     **Maven Liquidators** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 186,727.87 | 0.00 | 0.00 |
|     **Postage & Delivery** | 0.00 | 1,282.14 | 294.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     **Website Support** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Claims Processing Expenses** | 0.00 | 1,282.14 | 294.73 | 0.00 | 0.00 | 186,727.87 | 0.00 | 0.00 |
| **Asset Recovery & Preservation** | | | | | | | | |
|   **Foreign Legal Fees & Costs** | | | | | | | | |
|     **Guernsey** | | | | | | | | |
|       **Babbe** | | | | | | | | |
|         **Legal Fees** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|         **Legal Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|       **Total Babbe** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|       **Krys Global** | | | | | | | | |
|         **Fees** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|       **Total Krys Global** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     **Total Guernsey** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     **Cayman Island** | | | | | | | | |
|       **Charles Adams Ritchie & Duckwor** | | | | | | | | |
|         **Legal Fees** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|         **Legal Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|       **Total Charles Adams Ritchie & Duckwor** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     **Total Cayman Island** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.

**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | Sep 30, 18 | Oct 31, 18 | Nov 30, 18 | Dec 31, 18 | Jan 31, 19 | Feb 28, 19 | Mar 31, 19 | Apr 30, 19 |
|---|---|---|---|---|---|---|---|---|
| **Bahamas** | | | | | | | | |
|   Price Demers & Co. | | | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Total Price Demers & Co. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Delaney Partners | | | | | | | | |
|     Legal Fees | 0.00 | (8,843.59) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Total Delaney Partners | 0.00 | (8,843.59) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Bahamas** | 0.00 | (8,843.59) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Monaco** | | | | | | | | |
|   Donald Manasse | | | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Total Donald Manasse | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Maitre Geraldine Gazo | | | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Total Maitre Geraldine Gazo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Monaco** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Harney WestWood & Riegels** | | | | | | | | |
|   Legal Fees | 0.00 | 0.00 | 0.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Harney WestWood & Riegels** | 0.00 | 0.00 | 0.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Deacons** | | | | | | | | |
|   Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Deacons** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Panama** | | | | | | | | |
|   Patton, Moreno & Asvat | | | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Total Patton, Moreno & Asvat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Panama** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

| | Sep 30, 18 | Oct 31, 18 | Nov 30, 18 | Dec 31, 18 | Jan 31, 19 | Feb 28, 19 | Mar 31, 19 | Apr 30, 19 |
|---|---|---|---|---|---|---|---|---|
| **United Kindom** | | | | | | | | |
| **Stewarts Law LLP** | | | | | | | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Stewarts Law LLP** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total United Kindom** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Anguilla** | | | | | | | | |
| **Webster Dyrud Mithcell** | | | | | | | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Webster Dyrud Mithcell** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Anguilla** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Foreign Legal Fees & Costs** | 0.00 | (8,843.59) | 0.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **JOL Fees & Costs** | | | | | | | | |
| **Delaney Partners** | | | | | | | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Delaney Partners** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Pricewaterhouse Coopers** | | | | | | | | |
| JOL Fees | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JOL Staff | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JOL Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Pricewaterhouse Coopers** | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total JOL Fees & Costs** | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **BVI Judgment Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Asset Recovery & Preservation** | 0.01 | (8,843.59) | 0.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Receiver Fees & Expenses** | | | | | | | | |
| **Receiver Fees** | | | | | | | | |
| R. Evans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B. Kane | 693.45 | 1,597.95 | 301.50 | 603.00 | 0.00 | 0.00 | 211.05 | 90.45 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

| | Sep 30, 18 | Oct 31, 18 | Nov 30, 18 | Dec 31, 18 | Jan 31, 19 | Feb 28, 19 | Mar 31, 19 | Apr 30, 19 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| K. Johnson | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| V. Miller | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A. Jen | 723.60 | 0.00 | 0.00 | 90.45 | 904.50 | 1,326.60 | 603.00 | 30.15 |
| M. Lin | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L. Lee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T. Chung | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F. Jen | 7,115.40 | 24,964.20 | 8,532.45 | 9,768.60 | 21,828.60 | 20,079.90 | 13,688.10 | 6,452.10 |
| C. Callahan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C. DeCius | 387.00 | 36.00 | 63.00 | 63.00 | 315.00 | 162.00 | 36.00 | 0.00 |
| H. Jen | 0.00 | 3,469.50 | 0.00 | 0.00 | 135.00 | 0.00 | 0.00 | 0.00 |
| W. Wu | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N. Wolf | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| I. Perez | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M. Chen | 0.00 | 363.00 | 21.00 | 0.00 | 39.00 | 0.00 | 438.00 | 69.00 |
| **Total Receiver Fees** | 8,919.45 | 30,430.65 | 8,917.95 | 10,525.05 | 23,222.10 | 21,568.50 | 14,976.15 | 6,641.70 |
| **Receiver Expenses** | | | | | | | | |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Fees | (14.92) | 7.00 | (7.00) | 7.00 | (7.00) | 14,443.00 | 110.00 | 0.00 |
| Court/Document Filing Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Database Consulting Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Document Destruction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investigative Search Costs | 0.00 | 0.00 | 263.90 | 0.00 | 124.72 | 0.00 | 555.98 | 602.00 |
| Occupancy | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Telephone & Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage & Delivery | 52.13 | 515.16 | 0.00 | 52.02 | 0.00 | 4.36 | 265.60 | 99.82 |
| Subpoena & Document Reproductio | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Return Preparation | 0.00 | 0.00 | 0.00 | 3,954.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Support | 128.64 | 124.21 | 31.05 | 26.62 | 35.49 | 26.62 | 0.00 | 0.00 |
| **Total Receiver Expenses** | 165.85 | 646.37 | 287.95 | 4,040.34 | 153.21 | 14,473.98 | 931.58 | 701.82 |
| **Total Receiver Fees & Expenses** | 9,085.30 | 31,077.02 | 9,205.90 | 14,565.39 | 23,375.31 | 36,042.48 | 15,907.73 | 7,343.52 |
| **Legal Fees & Expenses** | | | | | | | | |
| **Barnes & Thornburg LLP** | | | | | | | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Barnes & Thornburg LLP** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.

**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | Sep 30, 18 | Oct 31, 18 | Nov 30, 18 | Dec 31, 18 | Jan 31, 19 | Feb 28, 19 | Mar 31, 19 | Apr 30, 19 |
|---|---|---|---|---|---|---|---|---|
| **Hiltz & Zanzig** | | | | | | | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | 68,024.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 254.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Hiltz & Zanzig** | 0.00 | 0.00 | 0.00 | 68,278.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| **McKenna Long & Aldridge LLP** | | | | | | | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total McKenna Long & Aldridge LLP** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Legal Fees & Expenses** | 0.00 | 0.00 | 0.00 | 68,278.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expenses** | 9,085.31 | 23,515.57 | 9,500.63 | 88,844.13 | 23,375.31 | 12,630,848.73 | 211,574.26 | 20,289.65 |
| **Settlement Payment to BVI** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ROBB EVANS & ASSOCIATES LLC**
**Receiver of BC Capital Group, et al.**
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | May 31, 19 | Jun 30, 19 | 1/1/18~ 6/30/19 | 9/27/12 6/30/19 | Estimate to Close | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Fund Transferred In** | | | | | | |
|   BC Capital Group Limited | 0.00 | 0.00 | 12,342.11 | 12,342.11 | 0.00 | 12,342.11 |
|   Battoo IRA | 0.00 | 0.00 | 0.00 | 28,640.93 | 0.00 | 28,640.93 |
|   Concord Capital SPC | 0.00 | 0.00 | 0.00 | 72,000.00 | 0.00 | 72,000.00 |
|   Dream Link Enterprises Inc. | 0.00 | 0.00 | 0.00 | 2,500.84 | 0.00 | 2,500.84 |
|   FuturesOne F2 Investment Ltd. | 0.00 | 0.00 | 0.00 | 2,481.23 | 0.00 | 2,481.23 |
|   MSSB SEP IRA C F | 0.00 | 0.00 | 0.00 | 141,787.45 | 0.00 | 141,787.45 |
|   Newedge USA, LLC | 0.00 | 0.00 | 0.00 | 8,812,871.06 | 0.00 | 8,812,871.06 |
|   New York Community Bank | 0.00 | 0.00 | 0.00 | 2,919.68 | 0.00 | 2,919.68 |
|   Parallax Offshore Investors | 0.00 | 0.00 | 0.00 | 60,588.61 | 0.00 | 60,588.61 |
|   Quantitative Global 3X Fund Ltd | 0.00 | 0.00 | 0.00 | 2,403,122.99 | 0.00 | 2,403,122.99 |
|   Quantitative Tactical Aggressiv | 0.00 | 0.00 | 0.00 | 3,250,909.68 | 0.00 | 3,250,909.68 |
|   Quantsoft Advisers LP | 0.00 | 0.00 | 0.00 | 1,290,564.32 | 0.00 | 1,290,564.32 |
|   Quantum Blackstar/Brown Propert | 0.00 | 0.00 | 0.00 | 280,000.00 | 0.00 | 280,000.00 |
|   Quantum Blackstarltd SA Trust | 0.00 | 0.00 | 0.00 | 113,896.20 | 0.00 | 113,896.20 |
|   Reed Smith LLP IOLA | 0.00 | 0.00 | 44,409.54 | 11,026,311.45 | 0.00 | 11,026,311.45 |
|   Wells Fargo | 0.00 | 0.00 | 0.00 | 8,697.12 | 0.00 | 8,697.12 |
|   Whitebox Con Convert Arb Fund | 0.00 | 0.00 | 0.00 | 1,169,713.37 | 0.00 | 1,169,713.37 |
| **Total Fund Transferred In** | 0.00 | 0.00 | 56,751.65 | 28,679,347.04 | 0.00 | 28,679,347.04 |
| **MF Global Claims** | | | | | | |
|   **Futuresone A Investments LMT** | | | | | | |
|     Claim 100002702 | 0.00 | 0.00 | 0.00 | 102,333.40 | 0.00 | 102,333.40 |
|     Claim 100002709 | 0.00 | 0.00 | 0.00 | 542,281.48 | 0.00 | 542,281.48 |
|   **Total Futuresone A Investments LMT** | 0.00 | 0.00 | 0.00 | 644,614.88 | 0.00 | 644,614.88 |
|   **Futuresone F1 Investments LTD** | | | | | | |
|     Claim 100002425 | 0.00 | 0.00 | 0.00 | 2,368.47 | 0.00 | 2,368.47 |
|   **Total Futuresone F1 Investments LTD** | 0.00 | 0.00 | 0.00 | 2,368.47 | 0.00 | 2,368.47 |
|   **Futuresone F4 Investments LTD** | | | | | | |
|     Claim 100002728 | 0.00 | 0.00 | 0.00 | 265,316.72 | 0.00 | 265,316.72 |
|   **Total Futuresone F4 Investments LTD** | 0.00 | 0.00 | 0.00 | 265,316.72 | 0.00 | 265,316.72 |
| **Total MF Global Claims** | 0.00 | 0.00 | 0.00 | 912,300.07 | 0.00 | 912,300.07 |
| **Fund Rec'd from SEC Settlement** | 0.00 | 0.00 | 0.00 | 389,825.64 | 0.00 | 389,825.64 |
| **Interest Income** | 21.99 | 21.29 | 34,574.78 | 159,604.58 | 21.64 | 159,626.22 |
| **Jewelry Auction Proceeds** | 0.00 | 0.00 | 0.00 | 11,428.25 | 0.00 | 11,428.25 |
| **Legal Retainer Refund** | 0.00 | 0.00 | 0.00 | 857.50 | 0.00 | 857.50 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

| | May 31, 19 | Jun 30, 19 | 1/1/18~ 6/30/19 | 9/27/12 6/30/19 | Estimate to Close | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Storage Unit Auction Proceeds** | 0.00 | 0.00 | 0.00 | 1,338.32 | 0.00 | 1,338.32 |
| **Miscellaneous income** | 25.00 | 0.00 | 25.00 | 25.00 | 0.00 | 25.00 |
| **Total Funds Collected** | 46.99 | 21.29 | 91,351.43 | 30,154,726.40 | 21.64 | 30,154,748.04 |
| | | | | | | |
| **Expenses** | | | | | | |
| **Distributions** | | | | | | |
|   **Cashier's Check** | 0.00 | 0.00 | 2,471,753.40 | 2,471,753.40 | 0.00 | 2,471,753.40 |
|   **Domesic Wires** | 0.00 | 0.00 | 8,291,625.73 | 8,291,625.73 | 0.00 | 8,291,625.73 |
|   **International Wire** | 0.00 | 126,974.41 | 1,980,286.32 | 1,980,286.32 | 0.00 | 1,980,286.32 |
| **Total Distributions** | 0.00 | 126,974.41 | 12,743,665.45 | 12,743,665.45 | 0.00 | 12,743,665.45 |
| | | | | | | |
| **Claims Processing Expenses** | | | | | | |
|   **Legal Notice Advertising** | 0.00 | 0.00 | 0.00 | 51,393.93 | 0.00 | 51,393.93 |
|   **Maven Liquidators** | 0.00 | 0.00 | 186,727.87 | 186,727.87 | 0.00 | 186,727.87 |
|   **Postage & Delivery** | 0.00 | 0.00 | 1,576.87 | 12,955.65 | 198.00 | 13,153.65 |
|   **Website Support** | 0.00 | 0.00 | 0.00 | 696.46 | 0.00 | 696.46 |
| **Total Claims Processing Expenses** | 0.00 | 0.00 | 188,304.74 | 251,773.91 | 198.00 | 251,971.91 |
| | | | | | | |
| **Asset Recovery & Preservation** | | | | | | |
|   **Foreign Legal Fees & Costs** | | | | | | |
|     **Guernsey** | | | | | | |
|       **Babbe** | | | | | | |
|         **Legal Fees** | 0.00 | 0.00 | 0.00 | 1,542,527.78 | 0.00 | 1,542,527.78 |
|         **Legal Costs** | 0.00 | 0.00 | 0.00 | 109,726.04 | 0.00 | 109,726.04 |
|       **Total Babbe** | 0.00 | 0.00 | 0.00 | 1,652,253.82 | 0.00 | 1,652,253.82 |
| | | | | | | |
|       **Krys Global** | | | | | | |
|         **Fees** | 0.00 | 0.00 | 0.00 | 191,109.22 | 0.00 | 191,109.22 |
|       **Total Krys Global** | 0.00 | 0.00 | 0.00 | 191,109.22 | 0.00 | 191,109.22 |
| | | | | | | |
|     **Total Guernsey** | 0.00 | 0.00 | 0.00 | 1,843,363.04 | 0.00 | 1,843,363.04 |
| | | | | | | |
|     **Cayman Island** | | | | | | |
|       **Charles Adams Ritchie & Duckwor** | | | | | | |
|         **Legal Fees** | 0.00 | 0.00 | 0.00 | 37,102.71 | 0.00 | 37,102.71 |
|         **Legal Costs** | 0.00 | 0.00 | 0.00 | 229.06 | 0.00 | 229.06 |
|       **Total Charles Adams Ritchie & Duckwor** | 0.00 | 0.00 | 0.00 | 37,331.77 | 0.00 | 37,331.77 |
| | | | | | | |
|     **Total Cayman Island** | 0.00 | 0.00 | 0.00 | 37,331.77 | 0.00 | 37,331.77 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | May 31, 19 | Jun 30, 19 | 1/1/18~ 6/30/19 | 9/27/12 6/30/19 | Estimate to Close | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Bahamas** | | | | | | |
|   **Price Demers & Co.** | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 700.00 | 0.00 | 700.00 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 45.00 | 0.00 | 45.00 |
|   **Total Price Demers & Co.** | 0.00 | 0.00 | 0.00 | 745.00 | 0.00 | 745.00 |
|   **Delaney Partners** | | | | | | |
|     Legal Fees | 0.00 | 0.00 | (8,843.59) | 208,093.67 | 0.00 | 208,093.67 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 9,087.28 | 0.00 | 9,087.28 |
|   **Total Delaney Partners** | 0.00 | 0.00 | (8,843.59) | 217,180.95 | 0.00 | 217,180.95 |
| **Total Bahamas** | 0.00 | 0.00 | (8,843.59) | 217,925.95 | 0.00 | 217,925.95 |
| **Monaco** | | | | | | |
|   **Donald Manasse** | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 42,511.26 | 0.00 | 42,511.26 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 9,625.56 | 0.00 | 9,625.56 |
|   **Total Donald Manasse** | 0.00 | 0.00 | 0.00 | 52,136.82 | 0.00 | 52,136.82 |
|   **Maitre Geraldine Gazo** | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 5,026.72 | 0.00 | 5,026.72 |
|   **Total Maitre Geraldine Gazo** | 0.00 | 0.00 | 0.00 | 5,026.72 | 0.00 | 5,026.72 |
| **Total Monaco** | 0.00 | 0.00 | 0.00 | 57,163.54 | 0.00 | 57,163.54 |
| **Harney WestWood & Riegels** | | | | | | |
|   Legal Fees | 14,270.00 | 0.00 | 20,270.00 | 448,311.60 | 0.00 | 448,311.60 |
|   Legal Costs | 84.36 | 0.00 | 84.36 | 69,666.94 | 0.00 | 69,666.94 |
| **Total Harney WestWood & Riegels** | 14,354.36 | 0.00 | 20,354.36 | 517,978.54 | 0.00 | 517,978.54 |
| **Deacons** | | | | | | |
|   Legal Fees | 0.00 | 0.00 | 0.00 | 3,373.75 | 0.00 | 3,373.75 |
|   Legal Costs | 0.00 | 0.00 | 0.00 | 44.52 | 0.00 | 44.52 |
| **Total Deacons** | 0.00 | 0.00 | 0.00 | 3,418.27 | 0.00 | 3,418.27 |
| **Panama** | | | | | | |
|   **Patton, Moreno & Asvat** | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |
|   **Total Patton, Moreno & Asvat** | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |
| **Total Panama** | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | May 31, 19 | Jun 30, 19 | 1/1/18~ 6/30/19 | 9/27/12 6/30/19 | Estimate to Close | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **United Kindom** | | | | | | |
|   **Stewarts Law LLP** | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 2,614.61 | 0.00 | 2,614.61 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 23.27 | 0.00 | 23.27 |
|   **Total Stewarts Law LLP** | 0.00 | 0.00 | 0.00 | 2,637.88 | 0.00 | 2,637.88 |
| **Total United Kindom** | 0.00 | 0.00 | 0.00 | 2,637.88 | 0.00 | 2,637.88 |
| **Anguilla** | | | | | | |
|   **Webster Dyrud Mithcell** | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 5,150.00 | 0.00 | 5,150.00 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 974.77 | 0.00 | 974.77 |
|   **Total Webster Dyrud Mithcell** | 0.00 | 0.00 | 0.00 | 6,124.77 | 0.00 | 6,124.77 |
| **Total Anguilla** | 0.00 | 0.00 | 0.00 | 6,124.77 | 0.00 | 6,124.77 |
| **Total Foreign Legal Fees & Costs** | 14,354.36 | 0.00 | 11,510.77 | 2,695,943.76 | 0.00 | 2,695,943.76 |
| **JOL Fees & Costs** | | | | | | |
|   **Delaney Partners** | | | | | | |
|     Legal Fees | 0.00 | 0.00 | 0.00 | 509,677.78 | 10,000.00 | 519,677.78 |
|     Legal Costs | 0.00 | 0.00 | 0.00 | 12,378.56 | 0.00 | 12,378.56 |
|   **Total Delaney Partners** | 0.00 | 0.00 | 0.00 | 522,056.34 | 10,000.00 | 532,056.34 |
|   **Pricewaterhouse Coopers** | | | | | | |
|     JOL Fees | 0.00 | 0.00 | 0.01 | 554,506.13 | 10,000.00 | 564,506.13 |
|     JOL Staff | 0.00 | 0.00 | 0.00 | 302,108.63 | 0.00 | 302,108.63 |
|     JOL Costs | 0.00 | 0.00 | 0.00 | 106,391.85 | 0.00 | 106,391.85 |
|   **Total Pricewaterhouse Coopers** | 0.00 | 0.00 | 0.01 | 963,006.61 | 10,000.00 | 973,006.61 |
| **Total JOL Fees & Costs** | 0.00 | 0.00 | 0.01 | 1,485,062.95 | 20,000.00 | 1,505,062.95 |
| **BVI Judgment Costs** | 0.00 | 0.00 | 0.00 | 13,915.50 | 0.00 | 13,915.50 |
| **Total Asset Recovery & Preservation** | 14,354.36 | 0.00 | 11,510.78 | 4,194,922.21 | 20,000.00 | 4,214,922.21 |
| **Receiver Fees & Expenses** | | | | | | |
|   **Receiver Fees** | | | | | | |
|     R. Evans | 0.00 | 0.00 | 0.00 | 4,975.20 | 0.00 | 4,975.20 |
|     B. Kane | 150.75 | 0.00 | 8,502.30 | 296,766.45 | 4,522.50 | 301,288.95 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.
**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | May 31, 19 | Jun 30, 19 | 1/1/18~ 6/30/19 | 9/27/12 6/30/19 | Estimate to Close | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| K. Johnson | 0.00 | 0.00 | 0.00 | 141,885.90 | 0.00 | 141,885.90 |
| V. Miller | 0.00 | 0.00 | 0.00 | 30,361.05 | 0.00 | 30,361.05 |
| A. Jen | 0.00 | 30.15 | 5,336.55 | 93,284.10 | 4,522.50 | 97,806.60 |
| M. Lin | 0.00 | 0.00 | 0.00 | 629,501.85 | 0.00 | 629,501.85 |
| L. Lee | 0.00 | 0.00 | 0.00 | 341,629.65 | 0.00 | 341,629.65 |
| T. Chung | 0.00 | 0.00 | 0.00 | 568,086.30 | 0.00 | 568,086.30 |
| F. Jen | 4,582.80 | 2,140.65 | 140,046.75 | 702,585.45 | 15,075.00 | 717,660.45 |
| C. Callahan | 0.00 | 0.00 | 0.00 | 427.50 | 0.00 | 427.50 |
| C. DeCius | 81.00 | 0.00 | 2,061.00 | 21,762.00 | 2,700.00 | 24,462.00 |
| H. Jen | 0.00 | 0.00 | 3,604.50 | 3,604.50 | 0.00 | 3,604.50 |
| W. Wu | 0.00 | 0.00 | 0.00 | 2,387.50 | 0.00 | 2,387.50 |
| N. Wolf | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 |
| I. Perez | 0.00 | 0.00 | 0.00 | 899.20 | 0.00 | 899.20 |
| M. Chen | 54.00 | 0.00 | 984.00 | 2,343.00 | 600.00 | 2,943.00 |
| **Total Receiver Fees** | 4,868.55 | 2,170.80 | 160,535.10 | 2,840,799.65 | 27,420.00 | 2,868,219.65 |
| **Receiver Expenses** |  |  |  |  |  |  |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 577.50 | 0.00 | 577.50 |
| Bank Fees | 0.00 | 0.00 | 14,560.08 | 15,254.08 | 0.00 | 15,254.08 |
| Court/Document Filing Fees | 0.00 | 0.00 | 0.00 | 325.29 | 0.00 | 325.29 |
| Database Consulting Services | 0.00 | 0.00 | 0.00 | 10,135.25 | 0.00 | 10,135.25 |
| Document Destruction | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| Investigative Search Costs | 0.00 | 540.47 | 2,108.28 | 7,124.59 | 0.00 | 7,124.59 |
| Occupancy | 0.00 | 0.00 | 70.87 | 70.87 | 0.00 | 70.87 |
| Office Telephone & Supplies | 0.00 | 0.00 | 0.00 | 2,379.76 | 0.00 | 2,379.76 |
| Postage & Delivery | 65.67 | 0.00 | 1,110.19 | 4,483.17 | 779.81 | 5,262.98 |
| Subpoena & Document Reproductio | 0.00 | 0.00 | 0.00 | 2,250.10 | 0.00 | 2,250.10 |
| Tax Return Preparation | 0.00 | 0.00 | 3,954.70 | 22,194.17 | 8,890.00 | 31,084.17 |
| Travel Expenses | 0.00 | 0.00 | 0.00 | 35,240.78 | 0.00 | 35,240.78 |
| Website Support | 26.62 | 0.00 | 541.20 | 5,119.14 | 177.44 | 5,296.58 |
| **Total Receiver Expenses** | 92.29 | 540.47 | 22,345.32 | 105,154.70 | 10,027.25 | 115,181.95 |
| **Total Receiver Fees & Expenses** | 4,960.84 | 2,711.27 | 182,880.42 | 2,945,954.35 | 37,447.25 | 2,983,401.60 |
| **Legal Fees & Expenses** |  |  |  |  |  |  |
| **Barnes & Thornburg LLP** |  |  |  |  |  |  |
| Legal Fees | 0.00 | 0.00 | 0.00 | 653,290.00 | 0.00 | 653,290.00 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 12,144.45 | 0.00 | 12,144.45 |
| **Total Barnes & Thornburg LLP** | 0.00 | 0.00 | 0.00 | 665,434.45 | 0.00 | 665,434.45 |

**ROBB EVANS & ASSOCIATES LLC**
Receiver of BC Capital Group, et al.

**Receivership Administration Expenses and Fund Balance by Month**
From Inception (September 27, 2012) to June 30, 2019 and Estimate to Close

|  | May 31, 19 | Jun 30, 19 | 1/1/18~ 6/30/19 | 9/27/12 6/30/19 | Estimate to Close | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Hiltz & Zanzig** | | | | | | |
| Legal Fees | 0.00 | 5,263.20 | 84,575.47 | 274,098.73 | 18,000.00 | 292,098.73 |
| Legal Costs | 0.00 | 0.00 | 431.57 | 857.99 | 0.00 | 857.99 |
| **Total Hiltz & Zanzig** | 0.00 | 5,263.20 | 85,007.04 | 274,956.72 | 18,000.00 | 292,956.72 |
| **McKenna Long & Aldridge LLP** | | | | | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | 2,135.70 | 0.00 | 2,135.70 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 260.00 | 0.00 | 260.00 |
| **Total McKenna Long & Aldridge LLP** | 0.00 | 0.00 | 0.00 | 2,395.70 | 0.00 | 2,395.70 |
| **Total Legal Fees & Expenses** | 0.00 | 5,263.20 | 85,007.04 | 942,786.87 | 18,000.00 | 960,786.87 |
| **Total Expenses** | 19,315.20 | 134,948.88 | 13,211,368.43 | 21,079,102.79 | 75,645.25 | 21,154,748.04 |
| **Settlement Payment to BVI** | 0.00 | 0.00 | 9,000,000.00 | 9,000,000.00 | 0.00 | 9,000,000.00 |
| **Fund Balance** | | | | 75,623.61 | | 0.00 |