# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

United States Commodity Futures Trading Commission, et al.

                Plaintiff,

v.

Nikolai Simon Battoo, et al.

                Defendant.

Case No.: 1:12−cv−07127

Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status and motion hearing held. Amanda Burks appeared by telephone on behalf of the CFTC. The Receiver's counsel, Blair Zanzig appeared in court. As discussed during the hearing, the Receiver&#0;39;s motions [657 and 659] are granted. Receiver's motion for an order closing Receivership [660] is granted. The Court will post the orders on the docket separately. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.